UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00452

**Samuel X. Bamburg,**
*Plaintiff,*

v.

**Lt. Unknown Bell et al.,**
*Defendants.*

# ORDER

Plaintiff Samuel X. Bamburg initiated this action, proceeding pro se, on August 14, 2020. Doc. 1. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a report recommending that defendants' motion for summary judgment (Doc. 42) be granted and the claims against Officer Doyle be dismissed without prejudice for plaintiff's failure to exhaust administrative remedies. Doc. 49. No objections to the report and recommendation have been filed, and the timeframe for doing so has passed.

The court therefore reviews the magistrate judge's findings for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Accordingly, the report and recommendation (Doc. 49) is accepted. Fed. R. Civ. P. 72(b)(3). Defendant's motion for summary judgment (Doc. 42) is granted, and the claims against Officer Doyle are dismissed without prejudice.

*So ordered by the court on April 7, 2022.*

J. CAMPBELL BARKER
United States District Judge